# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL HARTLEY, | ) | No. CV 09-616 JVS (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| R.K. WONG (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 4, 2011

_____
JAMES V. SELNA
United States District Judge